Nancy K. McCombs, CSBN 163629
12 Geary St., Suite 201
San Francisco, CA 94108
 (415) 678-2626
nmccombslaw@gmail.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JESSICA FARIA,<br><br>        Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Civil No. 2:21-cv-02478-JEM<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTIC ACT, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS, PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of $1,322.46 as authorized by 28 U.S.C. § 2412(d), and costs under 28 U.S.C. § 1920, in the amount of $402, subject to the terms of the above-referenced Stipulation. Any payment shall be delivered to Plaintiff's counsel.

DATE: 11/2/21

_____
HONORABLE JOHN E. McDERMOTT
UNITED STATES MAGISTRATE JUDGE